# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-081-PMP-RJJ |
| Plaintiff, | **ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FO MANUEL MIRANDA RAZO** |
| MANUEL MIRANDA RAZO, | DOB: 4/17-80 |
| Defendant. | SSN: 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 |
| | USMS Number: 46621-048 |

Upon reading the Petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said MANUEL MIRANDA RAZO to the Clark County Detention Center, 333 South Las Vegas, Nevada 89101, on December 10, 2012, at the hour of 5:00 p.m., to face sentencing by the Honorable Judge James Bixler on December 13, 2012, in Clark County District Court case number C-12-278888-1, following which, the said MANUEL MIRANDA RAZO shall be returned to the custody of the United States Marshal for the District of Nevada, Lloyd D. George United States Courthouse, 333 South Las Vegas, Nevada 89101.

Dated this _10_ day of December, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

4

1  DANIEL G. BOGDEN
   United States Attorney
2  AMBER M. CRAIG
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Ste. 5000
   Las Vegas, Nevada 89101
4  (702)388-6336 / Fax: (702)388-6698

FILED

DEC 10 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-081-PMP-RJJ |
| Plaintiff, | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MANUEL MIRANDA RAZO** |
| MANUEL MIRANDA RAZO, | DOB: 4/17/80 |
| Defendant. | SSN: 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 |
| | USMS Number: 46621-048 |

The Petition of the United States Attorney for the District of Nevada respectfully shows that MANUEL MIRANDA RAZO is committed by due process of law to the custody of the United States Marshal for the District of Nevada, via the CCA Nevada Southern Detention Center, 2190 East Mesquite Avenue, Pahrump, Nevada 89060, by order of the Honorable United States Magistrate Judge Carl Hoffman on March 1, 2012. It is necessary that said MANUEL MIRANDA RAZO be temporarily released to the custody of the Warden of the Clark County Detention Center, 333 South Casino Center Boulevard, Las Vegas, Nevada 89101, on December 10, 2012, at the hour of 5:00 p.m. in order that he may face sentencing, scheduled for December 13, 2012, in Clark County District Court case number C-12-278888-1, by the Honorable Judge James Bixler. *See* Attachment A, Register of Actions, Case No. C-12--27888-1. On February 1, 2012, RAZO pled guilty to Attempt Carrying a Concealed Weapon in case number C-12-278888-1.

RAZO is scheduled for sentencing in the instant matter on December 10, 2012, at 2:30 p.m.. The Government requests that, following, imposition of sentence, RAZO be transferred to the custody

of the Warden of the Clark County Detention Center to face sentencing on December 13, 2012, and that RAZO then be returned to the custody of the United States Marshal for the District of Nevada in order to be sent to the Bureau of Prisons.

The Clark County District Attorney's Office has twice attempted to have RAZO transferred to the custody of Clark County to face sentencing in case number C-12-278888-1. Despite a writ having been issued by the Clark County District Court, RAZO has not been transferred to their custody. Therefore, it is necessary that the Court issue a Writ of Habeas Corpus Ad Prosequendum in order to ensure that RAZO is transferred to the custody of Clark County so that he may be sentenced.

That the presence of the said MANUEL MIRANDA RAZO at the Clark County Detention Center, 333 South Casino Center Boulevard, Las Vegas, Nevada 89101, on December 10, 2012, at the hour of 5:00 p.m., has been approved by the United States Magistrate Judge or District Judge for the District of Nevada.

WHEREFORE, Petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the United States Marshal for the District of Nevada, and the Warden of the Clark County Detention Center, 333 South Casino Center Boulevard, Las Vegas, Nevada 89101, commanding them to produce the said MANUEL MIRANDA RAZO to the Warden of the Clark County Detention Center, 333 South Casino Center Boulevard, Las Vegas, Nevada 89101, on December 10, 2012, at the hour of 5:00 p.m., to be returned to the custody of the United States Marshal following his December 13, 2012 sentencing in Clark County District Court, in case number C-12-27888-1.

Dated this 10 day of December, 2012.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*Amber M. Craig*
AMBER M. CRAIG
Assistant United States Attorney

2

# ATTACHMENT A

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search Back    Location : District Court Civil/Criminal   Help

# REGISTER OF ACTIONS
### CASE NO. C-12-278888-1

| | | | |
|---|---|---|---|
| State of Nevada vs Manuel Razo | § § § § § § § § | Case Type:<br>Date Filed:<br>Location:<br>Conversion Case Number:<br>Defendant's Scope ID #:<br>Lower Court Case Number: | Felony/Gross Misdemeanor<br>01/20/2012<br>Department 24<br>C278888<br>1519029<br>11F06503 |

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| Defendant | Razo, Manuel M | | Lance A. Maningo<br>*Retained*<br>702-734-0400(W) |
| | | | |
| Plaintiff | State of Nevada | | Steven B Wolfson<br>702-671-2700(W) |

## CHARGE INFORMATION

| Charges: Razo, Manuel M | Statute | Level | Date |
|---|---|---|---|
| 1. ATTEMPT CARRYING A CONCEALED WEAPON | 202.350 | Felony | 03/25/2011 |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

04/09/2011 **Bond**
*$13,000.*

01/20/2012 **Criminal Bindover**

01/24/2012 **Information**
*Information*

02/01/2012 **Initial Arraignment** (9:00 AM) (Judicial Officer De La Garza, Melisa)

   Parties Present

   Minutes

   Result: Plea Entered

02/01/2012 **CANCELED  Initial Arraignment** (9:00 AM) (Judicial Officer De La Garza, Melisa)
*Vacated - On in Error*
*Duplicate*

02/01/2012 **Guilty Plea Agreement**

03/09/2012 **Motion to Exonerate**
*Motion to Place On Calendar to Exonerate Bond*

04/05/2012 **Motion to Exonerate** (9:00 AM) (Judicial Officer Brennan, James)

   Minutes

   Result: Off Calendar

04/25/2012 **Writ of Habeas Corpus**
*Writ of Habeas Corpus ad Prosequendum for Federal Prisoner*

04/25/2012 **Ex Parte Petition**
*Ex Parte Petition for Writ of Habeas Corpus ad Prosequendum for Federal Prisoner*

04/25/2012 **Order for Issuance of Writ of Habeas Corpus ad Prosequendum**
*Order for Issuance of Writ of Habeas Corpus ad Prosequendum for Federal Prisoner*

05/16/2012 **PSI**

06/07/2012 **Sentencing** (8:30 AM) (Judicial Officer Bixler, James)
06/07/2012, 08/09/2012, 11/13/2012, 12/13/2012

   Parties Present

   Minutes

     06/07/2012  Reset by Court to 06/07/2012

     11/15/2012  Reset by Court to 11/13/2012

   Result: Continued

11/14/2012 **Ex Parte Petition**
*Ex Parte Petition for Writ of Habeas Corpus ad Prosequendum for Federal Prisoner*